NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**WIRELESS INK CORPORATION,**
*Plaintiff-Appellant,*

**v.**

**GOOGLE, INC., YOUTUBE, LLC, AND FACEBOOK, INC.,**
*Defendants-Appellees,*

AND

**YOUTUBE, INC., AND MYSPACE, INC.,**
*Defendants.*

- - - - - - - - - - - - - - - - - - - - -

**WIRELESS INK CORPORATION,**
*Plaintiff-Appellant,*

**v.**

**FACEBOOK, INC. AND GOOGLE, INC.,**
*Defendants-Appellees.*

---

2013-1683, -1684

---

Appeals from the United States District Court for the Southern District of New York in Nos. 11-cv-01751 and 10-cv-01841, Judge P. Kevin Castel.

---------------

## JUDGMENT

---------------

JEREMY S. PITCOCK, The Pitcock Law Group, of New York, New York, argued for plaintiff-appellant.  Of counsel on the brief was PAPOOL S. CHAUDHARI, Chaudhari Law, PLLC, of Wylie, Texas.

JOHN CHRISTOPHER ROZENDAAL, Kellogg, Huber, Hansen, Todd, Evans & Figel, P.L.L.C., of Washington, DC, argued for defendants-appellees.  With him on the brief for Facebook, Inc., were MICHAEL E. JOFFRE and MELANIE L. BOSTWICK.  Of counsel on the brief for Facebook, Inc., were HEIDI L. KEEFE, MARK R. WEINSTEIN, and ELIZABETH L. STAMESHKIN, Cooley LLP, of Palo Alto, California.  On the brief for Google, Inc. and YouTube, LLC, were KEVIN X. MCGANN,  AARON CHASE, and ADAM GAHTAN, White & Case LLP, of New York, New York.

---------------

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (PROST, *Chief Judge,* MOORE and CHEN, *Circuit Judges*).

### AFFIRMED.  *See* Fed. Cir. R. 36.

ENTERED BY ORDER OF THE COURT

| July 16, 2014 | /s/  Daniel  E.  O'Toole |
|:---:|:---|
| Date | Daniel E. O'Toole |
| | Clerk of Court |